UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:16-MJ-1534

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DELONA C. FRANKLIN ) | |
| ) | |

1. The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to amend the criminal information and penalty sheet in the above captioned matter.

2. After due consideration, the Court hereby GRANTS the motion to amend and will order the Clerk's office to file the Government's amended criminal information. The Government may also file an amended penalty sheet at this time.

Dated: October 17, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge

1